UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BEVERLY BOGUES,
    Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

Case No. 4:19-CV-61-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court dismisses this action without prejudice due to the plaintiff's failure to prosecute or to comply with this court's order.

This judgment filed and entered on 2/16/2021, with service upon the following:

Mark Goldenberg- *defendant's counsel*
*electronically served*

Beverly Bogues - plaintiff
2726 NC Hwy 4
Littleton, NC 27850
*via U.S. Mail*

**PETER A. MOORE, III**
CLERK, U.S. DISTRICT COURT

Date: 2/16/2021

/s/ *Shelia D. Foell*
Deputy Clerk of Court